Mary R. BOWER, Plaintiff–Appellant

v.

CHRISTIAN COUNTY, MISSOURI COURT; Elaine Palmer, Chief Division Clerk; Joanna Billingsley; Roger Depee; Lou Lapaglia; Barbara Stillings, Defendants–Appellees

No. 15–3818

United States Court of Appeals, Eighth Circuit.

Submitted: July 22, 2016

Filed: August 3, 2016

Mary Bower, Springfield, MO, pro se.

Tim Mudd, Mudd Law Firm, Kansas City, MO for appellees Joanna Billingsley, Roger Deepe, Lou Lapaglia, Barbara Stillings, and Elaine Palmer.

Audrey L. Danner, Asst. Atty. Gen., Jefferson City, MO (Chris Koster, Atty. Gen., on the brief), for appellees Elaine Palmer, Barbara Stillings, and Roger Deepe.

Before COLLOTON, BOWMAN, and GRUENDER, Circuit Judges.

PER CURIAM.

In this appeal, Mary Bower challenges the district court's[1] order dismissing all but one of the defendants, and the court's adverse summary judgment decision regarding the remaining defendant. She also argues that the judge should have sua sponte recused herself.

First, we conclude that Bower's recusal argument is meritless. Second, upon de novo review, we conclude that the district court did not err in dismissing all but one of the defendants. *See Anderson–Tully Co. v. McDaniel*, 571 F.3d 760, 762 (8th Cir. 2009) (grant of motion to dismiss is reviewed de novo). Finally, upon de novo review, we conclude that summary judgment was properly granted in favor of the remaining defendant, based on qualified immunity. *See Brooks v. Roy*, 776 F.3d 957, 959 (8th Cir. 2015) (grant of summary judgment is reviewed de novo); *cf. Lenderman v. St. Louis Metro. Police Dep't Bd. of Police Comm'rs*, 725 F.3d 843, 853–54 (8th Cir. 2013) (discussing qualified immunity standard).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Beth Phillips, United States District Judge for the Western District of Missouri.